UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL LUCIEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11386** |
| **S.W. "SANDY" McCAIN, WARDEN** | **SECTION: "F" (1)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on March 30, 2020 (Rec. Doc. No. 19), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Michael Lucien is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  3rd  day of  April , 2020.

_____
**MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE**